IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ILEANA MEDINA, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:22-cv-3546

**WILD THING, LLC,**     **DEFENDANTS**
**and CARLA D. YOUNG**

### PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION, FOR APPROVAL AND DISTRIBUTION OF NOTICE, AND FOR DISCLOSURE OF CONTACT INFORMATION

Plaintiff Ileana Medina ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys Krista Sheets and Josh Sanford of Sanford Law Firm, PLLC, for her Motion for Conditional Certification, for Approval and Distribution of Notice, and for Disclosure of Contact Information, states and alleges as follows:

1. Plaintiff brought this suit on behalf of certain former and current employees of Wild Thing, LLC, and Carla D. Young (collectively "Defendant" or "Defendants"), to recover wages and other damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.* ("IMWL"), the Cook County Minimum Wage Ordinance, Ord. No. 16-5768, § 42-7, *et seq.* ("CCMWO"), and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.* ("IWPCA").

2. Plaintiff brought this action as a collective action pursuant to 29 U.S.C. § 216(b). Plaintiff asks this Court to conditionally certify the following collective:

**All Servers since July 8, 2019.**

Page 1 of 5
Ileana Medina, et al. v. Wild Thing, LLC, et. al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3546
Motion for Conditional Certification, etc.

3. Section 216(b) of the FLSA provides that "[a]n action . . . may be maintained against any employer . . . by any one or more employees for and in behalf himself or themselves and other employees similarly situated." 29 U.S.C. § 216(b).

4. Plaintiff hereby moves the Court to conditionally certify this lawsuit as a collective action for the purpose of providing notice of the action to members of the collective.

5. Plaintiff and the members of the collective are sufficiently similarly situated that conditional certification of the proposed collective is appropriate, as explained in the Brief filed herewith.

6. The policy which gave rise to the violation in this case applies to all members of the collective. Therefore, they are similarly situated as that term is used in the FLSA.

7. Plaintiff requests that this Court permit her to distribute the attached Notice to potential opt-in Plaintiffs via U.S. mail and email, and that this Court permit Plaintiff to distribute a reminder email or postcard thirty days after the date of mailing.

8. Attached as Exhibits 1 and 2, respectively, are the Notice and Consent to Join proposed by Plaintiff for distribution in this case. Attached as Exhibits 3 is the email text proposed by Plaintiff for electronic distribution in this case. The Notices and Consents to Join make no comment on the merits of the case. The Notices are narrowly drawn to notify potential collective members of the pending litigation, the composition of the collective and their right to "opt in" to the litigation.

9. Plaintiff also requests that the Court grant counsel a period of ninety (90) days—beginning on the date on which Defendants fully and completely release the po-

Page 2 of 5
Ileana Medina, et al. v. Wild Thing, LLC, et. al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3546
Motion for Conditional Certification, etc.

tential collective members' contact information to Plaintiff's counsel—during which to distribute the Notice and file opt-in Plaintiffs' Consent forms with this Court.

10. To facilitate the sending of the Notice and Consent forms, Plaintiff also respectfully asks this Court to enter an Order directing Defendants to provide the names, last known addresses, and last known email addresses of potential opt-in plaintiffs in an electronically manipulable format such as Excel (.xls) no later than seven (7) days after the date of the entry of the Order.

11. Plaintiff incorporates her Brief in Support of the current Motion, filed concurrently with this Motion.

12. In support of the current Motion, Plaintiff incorporates the following exhibits:

Ex. 1: Proposed Notice of Right to Join Lawsuit ("*Notice*");
Ex. 2: Proposed Consent to Join Collective Action ("*Consent to Join*");
Ex. 3: Proposed Text of Electronic Transmissions ("*Electronic Transmissions*");
Ex. 4: Proposed Reminder Postcard ("*Postcard*");
Ex. 5: Declaration of Attorney Josh Sanford; and
Ex. 6: Declaration of Ileana Medina.

WHEREFORE, premises considered, Plaintiff prays that the Court:

A. Conditionally certify the collective proposed by Plaintiff;

B. Approve of the use of U.S. Mail and email to distribute Plaintiff's proposed Notice and Consent to Join;

C. Grant approval to the form and content of Exhibits 1–4 for use in providing notice to the potential collective members via the methods described in this Motion;

D. Order Defendants to produce the names and last known mailing addresses and email addresses of each potential opt-in Plaintiff in an electronically importable and malleable electronic format, such as Excel, within seven days after this Court's Order is entered;

Page 3 of 5
Ileana Medina, et al. v. Wild Thing, LLC, et. al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3546
Motion for Conditional Certification, etc.

E. Allow for an opt-in period of ninety (90) days, to begin seven days after the day that Defendants produce the names and contact information for the putative collective members, in which putative collective members may submit their Consents to Join this lawsuit as opt-in plaintiffs;

F. Grant Plaintiff leave to send a follow-up reminder via email or U.S. Mail, beginning thirty (30) days after the opt-in period begins, to potential plaintiffs who have not responded to the Notice; and

G. Award costs and a reasonable attorney's fee and grant all other relief to which Plaintiff may be entitled, whether specifically prayed for or not.

Respectfully submitted,

**ILEANA MEDINA, Individually
and on Behalf of All Others Similarly
Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Krista Sheets*
Krista Sheets
Wa. Bar No. 40100
krista@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 4 of 5
Ileana Medina, et al. v. Wild Thing, LLC, et. al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3546
Motion for Conditional Certification, etc.

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing pleading was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Julie L. Trester, Esq.
Jeremy J. Glenn, Esq.
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7981
Facsimile: (312) 706-9791
jtrester@cozen.com
jgleen@cozen.com

                                                  */s/ Josh Sanford*
                                                  **Josh Sanford**

Page 5 of 5
Ileana Medina, et al. v. Wild Thing, LLC, et. al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3546
Motion for Conditional Certification, etc.