.IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ILEANA MEDINA, Individually and on**      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.      No. 1:22-cv-3546-MFK

**WILD THING, LLC.**      **DEFENDANT**

**JOINT MOTION TO EXTEND WRITTEN DISCOVERY DEADLINE**

Plaintiff Ileana Medina, individually and on behalf of all others similarly situated, and Defendant Wild Thing, LLC., by and through their respective undersigned counsel, submit this Joint Motion to Extend Written Discovery Deadline ("Motion") and state as follows:

1. On September 14, 2022, the Court filed a docket entry that outlined various deadlines for the Parties. *See* ECF No. 10.

2. The Court set the deadline for written and oral discovery to be completed by April 7, 2023, and May 29, 2023, respectively. *Id.*

3. The deadline for dispositive motions is July 14, 2023. *Id.*

4. On November 23, 2022, the Court granted Plaintiff's Motion for Conditional Certification. *See* ECF No. 28.

5. The opt-in deadline ended on March 6, 2023, and one opt-in plaintiff joined the case. *See* ECF No. 33.

6. On March 16, 2023, the Parties filed a Joint Status Report informing the Court that the Parties would engage in settlement negotiations and, subject to the Court's approval, would file another joint status report in the next 60 days. *Id.*

7. Since the March 16, 2023, Joint Status Report, Defendant has provided Plaintiffs' counsel with Plaintiffs' time and pay records as part of their exploration of a potential resolution.

8. The Parties are continuing to explore a resolution and are optimistic that they may be able to resolve this case amongst themselves without the need for additional discovery and incurring additional expenses related to litigation.

9. For this reason, the Parties respectfully request the Court extend the written discovery deadline to May 29, 2023, which is also the deadline for oral discovery.

10. The requested deadline for written discovery does not conflict with any of the remaining scheduled dates and will leave plenty of time for the Parties to conduct discovery and prepare dispositive motions, assuming that the Parties are unable to settle amongst themselves.

11. Counsel for both Parties have conferred regarding this Motion. The Parties agree on the relief requested and submit this Motion jointly.

12. This Motion is brought for good cause and not for the purpose of unnecessary delay.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this Motion to Extend Written Discovery Deadline to May 29, 2023.

Respectfully submitted,

**ILEANA MEDINA, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    WILD THING, LLC,
DEFENDANT**

COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7981
Facsimile: (312) 706-9791

*/s/ Jeremy J. Glenn*
Jeremy J. Glenn
jglenn@cozen.com
IL Bar No. 6242988

Julie L. Trester
jtrester@cozen.com
IL Bar No. 6208467