# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ileana Medina

                      Plaintiff,

v.                                              Case No.: 1:22–cv–03546
                                                           Honorable Matthew F. Kennelly

Wild Thing, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion for extension of time [38] is granted; the deadline for completing written discovery is extended to 5/29/2023 in light of the representation that the parties are not asking to extend other deadlines. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.