IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ILEANA MEDINA, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:22-cv-3546-MFK

**WILD THING, LLC**     **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Ileana Medina ("Plaintiff") and Defendant Wild Thing, LLC, ("Defendant"), by and through their respective undersigned counsel, submit the following Joint Status Report pursuant to ECF No. 34:

1. The Parties are still exploring a resolution to this case and remain optimistic that they may be able to resolve this case amongst themselves.

2. The Parties had begun exchanging discovery requests, and participating in formal discovery, but have agreed amongst themselves to hold off on this formal discovery while pursuing a resolution.

3. The discovery deadline is currently set for May 29, 2023. *See* ECF Nos. 10 & 39. The Parties hope to make further headway in a potential resolution this week and prior to the status hearing set for May 22, 2023. *See* ECF No. 34.

4. Depending on the progress made, the Parties may later seek an extension of the discovery deadline while continuing to explore a potential resolution.

5. The Parties may also later request a referral to a magistrate judge settlement conference if they believe that it may be helpful. At this time though, the Parties believe they may be able to reach a resolution on their own.

Respectfully submitted,

**ILEANA MEDINA, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **WILD THING, LLC, DEFENDANT**

COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7981
Facsimile: (312) 706-9791

*/s/ Jeremy J. Glenn*
Jeremy J. Glenn
jglenn@cozen.com
IL Bar No. 6242988

Julie L. Trester
jtrester@cozen.com
IL Bar No. 6208467