UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Ileana Medina
                              Plaintiff,

v.                                                          Case No.: 1:22−cv−03546
                                                             Honorable Matthew F. Kennelly

Wild Thing, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 5/22/2023 and continued to 6/14/2023 at 8:50 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. The parties are directed to file a joint status report with an update on discovery and settlement by 6/7/2023. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.