.IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ILEANA MEDINA, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:22-cv-3546-MFK

**WILD THING, LLC.**     **DEFENDANT**

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

Plaintiff Ileana Medina, individually and on behalf of all others similarly situated, and Defendant Wild Thing, LLC., by and through their respective undersigned counsel, submit this Joint Motion to Extend Discovery and Dispositive Motions Deadline ("Motion") and state as follows:

1. The discovery deadline is currently set for May 29, 2023 (*See* ECF Nos. 10 & 39), and the deadline for dispositive motions is July 14, 2023. ECF No. 10.

2. The Parties filed a Joint Status Report on May 15, 2023, informing the Court that they were exploring a resolution to the case and that they had agreed amongst themselves to hold off on formal discovery while pursuing a resolution. ECF No. 40. In their Status Report, the Parties indicated that they may seek an extension of the discovery deadline while they continued to explore a potential resolution.

3. On May 22, 2023, the Court held a telephonic status hearing in this case and later entered a Minute Entry ordering the Parties to file a joint status report with an update on discovery and settlement by June 7, 2023. ECF No. 42.

Page 1 of 3
Ileana Medina, et al. v. Wild Thing, LLC.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-3546-MFK
Joint Motion to Extend Discovery and Dispositive Motions Deadlines

4. The Parties have more recently exchanged offers and demands, and they are continuing to negotiate a potential resolution to this case. While the Parties are continuing to make progress in narrowing the gap between their respective positions, the Parties would like additional time exploring a potential resolution without incurring additional discovery costs and other expenses related to litigation.

5. The Parties remain optimistic that they may be able to reach a resolution and are continuing to make progress. If the Parties, however, reach an impasse in settlement negotiations, they will need sufficient time to finish conducting written discovery and potentially taking depositions.

6. For these reasons, the Parties respectfully request the Court to extend the discovery deadline and dispositive motions deadline by 90 days, so that the deadline for discovery is August 28, 2023, and the dispositive motions deadline is October 12, 2023.

7. Counsel for both Parties have conferred regarding this Motion. The Parties agree on the relief requested and submit this Motion jointly.

8. This Motion is brought for good cause and not for the purpose of unnecessary delay.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this Motion to Extend Discovery and Dispositive Motions Deadline, and extend the discovery deadline to August 28, 2023, and the dispositive motions deadline to October 12, 2023.

Page 2 of 3
Ileana Medina, et al. v. Wild Thing, LLC.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-3546-MFK
Joint Motion to Extend Discovery and Dispositive Motions Deadlines

Respectfully submitted,

**ILEANA MEDINA, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **WILD THING, LLC,
DEFENDANT**

COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7981
Facsimile: (312) 706-9791

*/s/ Jeremy J. Glenn*
Jeremy J. Glenn
jglenn@cozen.com
IL Bar No. 6242988

Julie L. Trester
jtrester@cozen.com
IL Bar No. 6208467

Page 3 of 3
Ileana Medina, et al. v. Wild Thing, LLC.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-3546-MFK
Joint Motion to Extend Discovery and Dispositive Motions Deadlines