# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ileana Medina

                Plaintiff,

v.                                                         Case No.: 1:22–cv–03546
                                                            Honorable Matthew F. Kennelly

Wild Thing, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, May 28, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion for extension of time [43] is granted. The discovery cutoff date is extended to 7/31/2023, and the deadline for filing dispositive motions is extended to 8/16/2023. This is conditioned upon the parties conferring and including in their upcoming status report a schedule for completing all remaining depositions by the new cutoff date (including a list of deponents and the date for the deposition of each). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.