IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ILEANA MEDINA, Individually and on**        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.        No. 1:22-cv-3546-MFK

**WILD THING, LLC**        **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Ileana Medina ("Plaintiff") and Defendant Wild Thing, LLC, ("Defendant"), by and through their respective undersigned counsel, submit the following Joint Status Report pursuant to ECF No. 42:

1. On May 26, 2023, the Parties filed their Joint Motion to Extend Discovery and Dispositive Motions Deadlines, requesting that the Court extend the discovery deadline and dispositive motions deadline by 90 days so that they would have sufficient time to finish conducting discovery if the Parties reached an impasse in settlement negotiations. ECF No. 43.

2. On May 28, 2023, this Court conditionally granted the Parties' Joint Motion to Extend Discovery and Dispositive Motions Deadlines, extending the discovery cutoff date to July 31, 2023, and the deadline for filing dispositive motions to August 16, 2023, and ordering the Parties to include a schedule for completing all remaining depositions within this Joint Status Report. ECF No. 44.

3. Since the May 22, 2023, status hearing (ECF No. 42), the Parties have continued to exchange settlement demands and offers, and they have continued to narrow the gap between their positions. While they have not reached a resolution amongst

themselves yet, they also have not yet reached an impasse in settlement negotiations.

4. Pursuant to the Court's May 28, 2023 Order (ECF No. 44), the Parties have conferred regarding a schedule for completing all remaining depositions, and state the following:

    a. Plaintiff plans to conduct a 30(b)(6) deposition of a corporate representative of Defendant on July 21, 2023.

    b. Defendant plans to depose Plaintiff Ileana Medina on July 14, 2023, and to depose opt-in Plaintiff Sonia Angulo on July 17, 2023.

5. If the Parties are able to reach a settlement in principle amongst themselves, they will inform the Court as soon as possible.

Respectfully submitted,

**ILEANA MEDINA, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and     **WILD THING, LLC, DEFENDANT**

COZEN O'CONNOR

        123 N. Wacker Drive, Suite 1800
        Chicago, Illinois 60606
        Telephone: (312) 474-7981
        Facsimile: (312) 706-9791

*/s/ Jeremy J. Glenn*
Jeremy J. Glenn
jglenn@cozen.com
IL Bar No. 6242988

Julie L. Trester
jtrester@cozen.com
IL Bar No. 6208467