## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ileana Medina

                      Plaintiff,

v.                                                 Case No.: 1:22−cv−03546

                                                     Honorable Matthew F. Kennelly

Wild Thing, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 8, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The telephonic status hearing set for 6/14/2023 is vacated and reset to 8/11/2023 at 8:50 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. The parties are directed to file on 8/4/2023 a joint status report outlining the grounds for any dispositive motions that any party intends to file. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.