# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ileana Medina

                    Plaintiff,

v.

                                          Case No.: 1:22–cv–03546
Wild Thing, LLC, et al.                                     Honorable Matthew F. Kennelly

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic hearing on motion to approve settlement [50] is set for 8/11/2023 at 8:50 AM, using call–in number 888–684–8852, access code 746–1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.